UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.

LEON BRIDGES,

      Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LEON BRIDGES, sues Defendant, AMERICAN AIRLINES, INC., pursuant to Title VII of the Civil Rights Act of 1964, 42 USC § 2000e et seq. and states:

1.      At all times material hereto, Plaintiff, LEON BRIDGES, was a resident of Broward County, Florida.  Plaintiff is of Black/African-American race and American (non-Hispanic) National Origin.

2.      Defendant carries on the business of airline transportation throughout the United States of America and the world and, at all times material hereto, was doing business in Miami-Dade County, Florida, and within the jurisdiction of this Court.

3.      Declaratory, injunctive, equitable relief, lost wages, salary, employment benefits and other compensatory and punitive damages are sought pursuant to 42 U.S.C. 2000e-5.  Costs and attorney's fees may also be awarded pursuant to 42 U.S.C. § 2000e-5(k).

4.      Jurisdiction is conferred on this Court by Title 28 U.S.C. § 1331 and 2343(4) and 42 USC § 2000e-5(f).

5.      Plaintiff is and, at all times material hereto, has been employed by the Defendant as a Facility Maintenance Mechanic.

6.      Defendant has advertised the position of Crew Chief numerous times during Plaintiff's employment.  Plaintiff has applied numerous times, most recently on July 5, 2017, for the position of Crew Chief.

7.      Despite being exceptionally and the most qualified candidate with the most tenure, Plaintiff has not been selected for the position of Crew Chief.

8.      Plaintiff filed his charge of discrimination on November 28, 2017 alleging discrimination on the basis of National Origin and Race.

9.      Plaintiff, BRIDGES, has fulfilled all conditions precedent to the institution of this action.  A charge of discrimination was filed with the U.S. Equal Employment Opportunity Commission. The U.S. Equal Employment Opportunity Commission issued its Dismissal and Notice of Rights on October 22, 2019 dismissing the charge and advising Plaintiff of his right to bring suit.  A true and correct copy of the notices of right to sue is attached as Exhibit "A".

## COUNT I - VIOLATION OF THE CIVIL RIGHTS ACT OF 1964
### National Origin Discrimination

10.      Plaintiff readopts and realleges all of the allegations contained in paragraphs 1 through 9 above, as fully set forth herein.

11.      Plaintiff is of American, non-Hispanic National Origin.

11.      Upon information and belief, persons not of Plaintiff's National Origin were advanced within the company to the higher position of Crew Chief.

12.      Plaintiff has been discriminated against because of his National Origin in

violation of Title VII, whereas, he has suffered both irreparable injury and compensable damage unless and until this Court grants relief.  Specifically, Plaintiff was exceptionally qualified for, applied for and sought to work as a Crew Chief with the Defendant.  Other individuals, not of American national origin, but of Latin national origin, were selected for the promotion.

13.     As a direct and proximate result of the foregoing, Plaintiff has suffered, is now suffering, and will continue to suffer, emotional pain and mental anguish.  As a direct and proximate result of such actions, Plaintiff has been, is being and will in the future, be deprived of income in the form of wages and of prospective benefits due to the Plaintiff solely because of Defendant's conduct.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, including but not limited to the following:

a.      a declaration that the acts and practices complained of herein are in violation of Title VII;

b.      enjoining and permanently restraining these violations of Title VII;

c.      directing Defendant to place Plaintiff in the position he would have occupied but for Defendant's discriminatory treatment of him, and making him whole for all earnings and other benefits he would have received but for Defendant's discriminatory treatment, including but not limited to wages, pension, and other lost benefits;

d.      compensatory damages for past, present and future mental anguish, pain and suffering, and humiliation caused by the intentional discrimination;

e.      awarding Plaintiff the costs of this action together with reasonable attorney's fees, as provided by § 706(k) of Title VII, 42 U.S.C. § 2000e-5(k);

f.      trial by jury; and

g.      such other relief as the court deems proper.

### COUNT II- Violation of the Civil Rights Act of 1964
### Race Discrimination

14.     Plaintiff readopts and realleges all of the allegations contained in paragraphs 1 through 9 above, as fully set forth herein.

15.     Plaintiff's race is Black/African-American.

16.     Upon information and belief, persons not of Plaintiff's race were advanced within the company to the higher position of Crew Chief.

17.     Plaintiff has been discriminated against because of his race in violation of Title VII, whereas, he has suffered both irreparable injury and compensable damage unless and until this Court grants relief.  Specifically, Plaintiff was exceptionally qualified for, applied for and sought to work as a Crew Chief with the Defendant.  Other individuals, not of American national origin, but of Latin national origin, were selected for the promotion.

18.     As a direct and proximate result of the foregoing, Plaintiff has suffered, is now suffering, and will continue to suffer, emotional pain and mental anguish.  As a direct and proximate result of such actions, Plaintiff has been, is being and will in the future, be deprived of income in the form of wages and of prospective benefits due to the Plaintiff solely because of Defendant's conduct.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, including but not limited to the following:

a.      a declaration that the acts and practices complained of herein are in

violation of Title VII;

       b.    enjoining and permanently restraining these violations of Title VII;

       c.    directing Defendant to place Plaintiff in the position he would have occupied but for Defendant's discriminatory treatment of him, and making him whole for all earnings and other benefits he would have received but for Defendant's discriminatory treatment, including but not limited to wages, pension, and other lost benefits;

       d.    compensatory damages for past, present and future mental anguish, pain and suffering, and humiliation caused by the intentional discrimination;

       e.    awarding Plaintiff the costs of this action together with reasonable attorney's fees, as provided by § 706(k) of Title VII, 42 U.S.C. § 2000e-5(k);

       f.    trial by jury; and

       g.    such other relief as the court deems proper.

## DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiff, BRIDGES, submits this demand for jury trial for all issues triable of right by a jury pursuant to Rule 38, Fed. R. Civ. P.

TERI GUTTMAN VALDES LLC
Counsel for Plaintiff
1501 Venera Avenue, Suite 300
Coral Gables, Florida 33146
Telephone: (305) 740-9600
Facsimile: (305) 740-9202
E-mail: tgvaldes@aol.com


By: /s/ Teri Guttman Valdes
      Teri Guttman Valdes
      Florida Bar No. 0010741